**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBIN JOHNSON                                                        PLAINTIFF

v.                     NO. 3:05cvCV00266 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE